**Tyrone DUFF, Plaintiff–Appellant,**

v.

**State of NEVADA; et al., Defendants–Appellees.**

**No. 05–16812.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 4, 2006 *.

Filed Dec. 13, 2006.

Tyrone Duff, Bellingham, WA, pro se.

Joseph L. Ward, AGNV—Office of the Nevada Attorney General, Louis F. Hol-

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.  R.App. P. 34(a)(2).

land, Esq., Carson City, NV, Gordon & Rees LLP, Las Vegas, NV, Joel B. Barber, Esq., Steven Klearman, Esq., Barber, Klearman & Associates, Thorndal, Armstrong, Delk, Balkenbush & Eisinger, A Professional Corporation Law Offices, Melanie Foster, Deputy District Attorney, Albert F. Pagni, Esq., Brian Irvine, Esq., Jones Vargas, Kevin J. Mirch, Esq., Mirch & Mirch, David R. Grundy, Esq., Lemons, Grundy & Eisenberg, A Professional Corporation, Reno, NV, for Defendants–Appellees.

William Henry Foster, Reno, NV, pro se.

Yolanda Foster, Reno, NV, pro se.

Janice M. Peck, Reno, NV, pro se.

Before: GOODWIN, LEAVY, and FISHER, Circuit Judges.

## MEMORANDUM **

Tyrone Duff appeals pro se from the district court's judgment dismissing his civil rights action alleging a conspiracy to violate his constitutional rights in state divorce and child custody proceedings. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Noel v. Hall,* 341 F.3d 1148, 1154 (9th Cir.2003) *(Rooker–Feldman* doctrine); *Thompson v. City of Los Angeles,* 885 F.2d 1439, 1442 (9th Cir.1989) (failure to state a claim), and we affirm.

■ The district court properly dismissed Duff's claims against the Second Judicial District Court as barred under the *Rooker–Feldman* doctrine. *See Noel,* 341 F.3d at 1164. The district court properly dismissed Duff's claims against a state

court judge and individual state attorneys based on judicial and prosecutorial immunity, *see Ashelman v. Pope,* 793 F.2d 1072, 1075 (9th Cir.1986), and properly dismissed his claims against the remaining state defendants as barred by the Eleventh Amendment, *see Thompson,* 885 F.2d at 1442–43.

The district court properly dismissed Duff's claims against the remaining defendants as time-barred. *See Trimble v. City of Santa Rosa,* 49 F.3d 583, 585 (9th Cir. 1995) (per curiam); Nev.Rev.Stat. 11.190(4)(e) (two-year limitations period for personal injury claims).

■ Contrary to Duff's contention, the district court did not abuse its discretion by staying discovery pending resolution of the defendants' motions to dismiss. *See Wood v. McEwen,* 644 F.2d 797, 801 (9th Cir.1981) (per curiam).

Duff's remaining contentions are not persuasive.

Duff's motion to strike is denied.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.